195 So.2d 149.

Earl BROADWAY et frere

v.

Vernon WESTER.

No. 48586.

Feb. 24, 1967.

In re: Vernon Wester applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Natchitoches. 193 So.2d 855.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.